IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CHATMAN, Sr., | No. 09-04723 CW |
|     Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT |
|     v. | |
| MICHAEL ASTRUE, | |
|     Defendant. / | |

    Plaintiff Robert E. Chatman requests an additional ninety days in which to file his cross-motion for summary judgment.  For good cause appearing, the motion is granted.  Plaintiff shall file his motion within ninety days from the date of this order.

    IT IS SO ORDERED.

Dated: 12/9/2010

                                              CLAUDIA WILKEN
                                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHATMAN et al,

        Plaintiff,

v.

ASTRUE et al,

        Defendant.

Case Number: CV09-04723 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert E. Chatman
P.O. Box 31161
Oakland, CA 94604-7161

Dated: December 9, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2