IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CHATMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL ASTRUE,<br><br>    Defendant.<br>_____/ | No. 09-04723 CW<br><br>**CORRECTED** ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE CROSS-MOTION |

    On December 7, 2010, Plaintiff Robert E. Chatman moved for an extension of time to file his cross-motion for summary judgment. On March 25, 2010, Plaintiff had filed his motion for summary judgment and, on April 21, 2010, Defendant filed his cross-motion. On May 4, 2010, Plaintiff filed his reply and opposition to Defendant's cross-motion. On May 11, 2010, Plaintiff filed a motion to amend his reply and opposition, which the Court granted on May 27, 2010. On May 29, 2010, Plaintiff filed his amended brief. Thereafter, the motions were fully briefed.

    On November 18, 2010, the Court entered an Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Cross-Motion for Summary Judgment. Also, on November 18, 2010, judgment was entered in favor of Defendant.

1   Because judgment has entered and the case is closed,
2 Plaintiff's motion for an extension of time to file a cross-motion
3 is denied as moot.
4
5   IT IS SO ORDERED.
6
7 Dated: 12/13/2010                    /s/ Claudia Wilken
                                       CLAUDIA WILKEN
8                                      United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHATMAN et al,

        Plaintiff,

v.

ASTRUE et al,

        Defendant.

Case Number: CV09-04723 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert E. Chatman
P.O. Box 31161
Oakland, CA 94604-7161

Dated: December 13, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

3